UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

In Re:
    **Dorothy Marie Byrd,**                                           Case No. 18-11852-t7
                 Debtor(s).

## CERTIFICATE OF SERVICE

COMES NOW the Debtor, **Dorothy Marie Byrd,** by and through her attorney, Diane Webb, Attorney at Law, P.C., and does hereby certify that a true and correct copy of the Statement of Intention and this Certificate of Service were sent electronically or by First Class U.S. Mail, postage prepaid to the following parties on July 27, 2018:

Mr. Cooper
Attn: Bankruptcy
8950 Cypress Waters Blvd
Coppell, TX 75019

Mr. Cooper
PO Box 619094
Dallas, TX 75261-9741

Mr. Cooper
PO Box 619098
Dallas, TX 75261-9741

Wells Fargo Bank
Po Box 31557
Billings, MT 59107

Wells Fargo
PO Box 10335
Des Moines, IA 50306

Wells Fargo Home Equity
1000 Blue Gentian Road Ste 300
MAC X9999-01N
Saint Paul, MN 55121

Respectfully Submitted,

DIANE WEBB, ATTORNEY AT LAW, P.C.,

By **NO GRAPHICS AVAILABLE;**

**ELECTRONICALLY FILED**

Diane Webb
PO Box 30456
Albuquerque, NM 87190-0456
505-243-0600 Facsimile: 505-242-7140