Label Matrix for local noticing
1084-1
Case 18-11852-t7
District of New Mexico
Albuquerque
Wed Nov 21 11:41:24 MST 2018

Amy Ackroyd
TAL Realty
1122 Central Ave. SW, Suite 5
Albuquerque, NM 87102-2947

American Express
PO Box 297879
Fort Lauderdale, FL 33329-7879

American Express
PO Box 981535
El Paso, TX 79998-1535

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

At&T Universal Citi Card
Po Box 6500
Sioux Falls, SD 57117-6500

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

Dorothy Marie Byrd
10516 Towner Ave NE
Albuquerque, NM 87112-3063

Citibank/Sears
Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179-0034

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Financial
Po Box 3025
New Albany, OH 43054-3025

Equifax
PO Box 740241
Atlanta, GA 30374-0241

Experian
PO Box 2002
Allen, TX 75013-2002

Daniel Grunow
McCarthy & Holthus, LLP
6501 Eagle Rock NE, Suite A-3
Albuquerque, NM 87113-2478

Internal Revenue Service
Bankruptcy Notice
PO Box 7346
Philadelphia, PA 19101-7346

Medicredit Inc.
Po Box 1629
Maryland Heights, MO 63043-0629

Philip J Montoya
1122 Central Ave SW Ste #3
Albuquerque, NM 87102-2947

Philip J. Montoya
Trustee
1122 Central Ave SW Ste #3
Albuquerque, NM 87102-2947

Mr. Cooper
Attn: Bankruptcy
8950 Cypress Waters Blvd
Coppell, TX 75019-4620

Mr. Cooper
PO Box 619094
Dallas, TX 75261-9094

Mr. Cooper
PO Box 619098
Dallas, TX 75261-9098

NM Dept of Workforce Solutions
Attn: Legal Section
P.O. Box 1928
Albuquerque, NM 87103-1928

NM Taxation & Revenue Department
Bankruptcy/Support
P.O. Box 8575
Albuquerque, NM 87198-8575

New Mexico Taxation & Revenue Department
PO Box 8575
Albuquerque, NM 87198-8575

Sears Credit Cards
PO Box 6282
Sioux Falls, SD 57117-6282

TransUnion LLC
Attn: Public Records Dept.
PO Box 2000
Chester, PA 19016-2000

United States Trustee
PO Box 608
Albuquerque, NM 87103-0608

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A.<br>PO BOX 10438<br>DES MOINES, IA 50306-0438 | P. Diane Webb<br>PO Box 30456<br>Albuquerque, NM 87190-0456 | Wells Fargo<br>PO Box 10335<br>Des Moines, IA 50306-0335 |
| Wells Fargo<br>PO Box 10347<br>Des Moines, IA 50306-0347 | (p)WELLS FARGO BANK NA<br>1 HOME CAMPUS<br>MAC X2303-01A<br>DES MOINES IA 50328-0001 | Wells Fargo Bank<br>Po Box 31557<br>Billings, MT 59107-1557 |
| Wells Fargo Bank N.A.<br>PO Box 522<br>Des Moines, IA 50306-0522 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | ~~Wells Fargo Bank, N.A., Wells Fargo Card Ser~~<br>~~PO Box 10438, MAC F8235-02F~~<br>~~Des Moines, IA 50306-0438~~ |
| Wells Fargo Home Equity<br>1000 Blue Gentian Road Ste 300<br>MAC X9999-01N<br>Saint Paul, MN 55121-1786 | | |

**The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).**

| | | |
|---|---|---|
| ~~Bank Of America~~<br>~~Attn: Bankruptcy~~<br>~~Po Box 982238~~<br>~~El Paso, TX 79998~~ | ~~(d)Bank of America~~<br>~~PO Box 982234~~<br>~~El Paso, TX 79998-2234~~ | ~~Discover~~<br>~~PO Box 30943~~<br>~~Salt Lake City, UT 84130~~ |
| ~~Wells Fargo Bank~~<br>~~Attn: Bankruptcy Dept~~<br>~~Po Box 6429~~<br>~~Greenville, SC 29606~~ | | |

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

| | | |
|---|---|---|
| ~~(u)Nationstar Mortgage LLC d/b/a Mr. Cooper~~ | ~~(u)Wells Fargo Bank, N.A.~~ | End of Label Matrix<br>Mailable recipients   39<br>Bypassed recipients   2<br>Total   41 |