# IN THE UNITED STATES BANKRUPCTY COURT
# FOR THE DISTRICT OF NEW MEXICO

IN RE:

**Dorothy Marie Byrd**

  **Debtor**            **Case No. 18-11852-ta7**

## STIPULATED ORDER TO CONTINUE HEARING

Wells Fargo Bank, N.A., as successor by Merger to Wells Fargo Financial Bank, its assignees and/or successors, by and through its undersigned attorney ("Movant"), and Chapter 7 Trustee, Philip Montoya, hereby agree and stipulate that the hearing currently set for December 10, 2018 at 9:00 AM on the Movant's Motion for Relief from the Automatic Stay in the above-referenced bankruptcy case shall be continued. Therefore, the hearing will be continued to January 7, 2019 at 9:30 AM.

Date:12/11/18          McCarthy & Holthus, LLP

                       By:  /s/ Daniel Grunow
                            **Daniel Grunow, Esq.**
                            **Attorney for Movant,**
                            **6501 Eagle Rock NE, Suite A-3**
                            **Albuquerque, NM 87113**
                            **(505) 219-4900**
                            **dgrunow@mccarthyholthus.com**


Date:12/11/18          TRUSTEE

                       By:  Approved via e-mail on 12/11/18
                            **Philip J. Montoya**
                            **1122 Central Ave SW Ste #3**
                            **Albuquerque, NM 87102**
                            **505-244-1152**

File No. NM-18-148872
Stipulation to Continue Hearing, Case No. 18-11852-ta7
Case 18-11852-t7   Doc 41   Filed 12/13/18   Entered 12/13/18 14:20:44 Page 2 of 2