UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:
DOROTHY MARIE BYRD,
    Debtor(s)      No. 18-11852-t7

**NOTICE OF DEADLINE FOR FILING OBJECTIONS TO MOTION
TO APPROVE SALE OF REAL PROPERTY TO TIMOTHY COVELL**

    Please take notice that on June 3, 2019, Philip J. Montoya, Trustee, forwarded to the Court for filing, Motion to Approve Trustee's Sale of Real Property to Timothy Covell, in which he asks the Court for its Order approving the proposed sale of real property located at 10516 Towner Avenue NE, Albuquerque, NM 87112 to Timothy Covell for the cash sum of $125,100.00. **A copy of the aforesaid Motion is on file with the Bankruptcy Court Clerk and is available for public inspection.**

    **IF YOU OBJECT** to the Application, you must file an objection with the Clerk of United States Bankruptcy Court, District of New Mexico, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd., NW, Suite 360, Albuquerque, NM 87102, within **21** days of the date of service of this notice. If you are an attorney, you must electronically file your objection. You must serve your objection to Philip J. Montoya, Attorney for Applicant, 1122 Central Avenue SW, Suite 3, Albuquerque, New Mexico 87102, (505) 244-1152.

    If objections are timely filed, a hearing to consider them will be had before the Honorable David T. Thuma, Brazos Courtroom, 5th Floor, Pete V. Domenici U.S. Courthouse, 333 Lomas Blvd., NW, Suite 360, Albuquerque, NM 87102 on short notice to Philip J. Montoya and any objecting party.

    If no objections are timely filed, the Court may consider entry of an Order granting the application that has been presented to the Court.

    Filed electronically
    Philip J. Montoya
    Chapter 7 Trustee
    1122 Central Avenue SW, Suite 3
    Albuquerque, NM 87102
    (505) 244-1152
    pmontoya@swcp.com

I certify that I mailed a copy of this notice, via first class mail to the Debtor(s), and all creditors and parties of interest included on the mailing matrix. A copy of the mailing matrix is attached to the original of this notice.

    Filed electronically
    Philip J. Montoya

Date of Mailing: 6/3/19

*Note: Inquiries regarding this hearing should be directed to Philip J. Montoya, Attorney for Trustee, 1122 Central Avenue SW, Suite 3, Albuquerque, New Mexico 87102, (505) 244-1152, pmontoya@swcp.com.*