**IT IS ORDERED**

**Date Entered on Docket: June 25, 2019**

_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**

___

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

In re:
DOROTHY MARIE BYRD,
    Debtor(s)                                                               No. 18-11852-t7

## ORDER AUTHORIZING EMPLOYMENT OF REALTOR

**THIS MATTER** has come before the Court on Trustee's Application to Employ Realtor filed October 23, 2018, ("the Application"). The Court **FINDS**: (a) notice of the Application, with a 21-day opportunity to object, was given pursuant to Bankruptcy Rule 2002(a)(2) to all parties in interest on the official mailing matrix maintained by the Clerk of the Court in this bankruptcy case on October 24, 2018, with a deadline to file a response to the Application on November 19, 2018; (b) the notice of the Application was sufficient in form and content and was appropriate in the particular circumstances; (c) an objection was timely filed by Nationstar Mortgage LLC but that objection has been withdrawn (doc. # 63); (d) the employment of Amy Ackroyd of TAL Realty as set out in this Order is appropriate.

**IT IS THEREFORE ORDERED**:

1. That the Trustee's Application to Employ Realtor, be, and the same hereby is approved and the employment of Amy Ackroyd of TAL Realty is hereby authorized.

2. The combined compensation of realtor and of BK Global, trustee's short sale consultant, is fixed at the rate of six percent (6.00%) of the sales price plus applicable gross receipts tax plus expenses upon closing of sale of the subject property.

###END OF ORDER###

/s/ submitted electronically
Philip J. Montoya
Counsel for Trustee
1122 Central Avenue, SW, Suite 3
Albuquerque, NM 87102
Tel: (505) 244-1152
pmontoya@swcp.com